**Zafar KHAN, Plaintiff–Appellant,**

v.

**POPEYES OF MARYLAND, INCOR-PORATED, Defendant–Appellee.**

No. 02–1064.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Zafar Khan, Appellant Pro Se. Leonard Henry Pazulski, Charles E. Chlan & Associates, Columbia, Maryland, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Zafar Khan appeals the district court's order granting summary judgment to the Appellee in his discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Khan v. Popeyes of Maryland, Inc.,* No. CA 01–1478–H (D.Md. Jan. 4, 2002). We deny Khan's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*